ACCEPTED
15-25-00207-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 12:33 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 12:33:06 PM
CHRISTOPHER A. PRINE
Clerk

No. 15-25-00207-CV

IN THE

# Court of Appeals for the 15ᵗʰ District of Texas

———————•———————

IN RE NOVARTIS PHARMACEUTICALS CORPORATION,
*Relator.*

_____

ORIGINAL PROCEEDING FROM THE 71ST DISTRICT COURT,
IN HARRISON COUNTY, TEXAS • CAUSE NO. 23-0276,
THE HONORABLE BRAD MORIN PRESIDING

## MOTION OF NONRESIDENT ATTORNEY, ANTON METLITSKY, FOR ADMISSION PRO HAC VICE

DANNY S. ASHBY
(Texas Bar No. 01370960)
**O'MELVENY & MYERS LLP**
2801 N. Harwood Street, Suite 1600
Dallas, Texas 75201
Telephone: +1 972.360.1900

DERON R. DACUS
(Texas Bar No. 00790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: +1 903.705.1117

ANTON METLITSKY
ROSS B. GALIN
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas,
   Suite 1700
New York, New York 10019
Telephone: +1 212.326.2000
(Applications for *pro hac vice*
admission pending)

*Counsel for Relator Novartis Pharmaceuticals Corporation*

CP COUNSEL PRESS    (800) 4-APPEAL • (814349)

TO THE HONORABLE COURT OF APPEALS FOR THE 15TH DISTRICT:

Pursuant to the Texas Rules Governing Admission to the Bar, Rule XIX, Anton Metlitsky requests permission to participate in the proceedings of the above-captioned cause. In support of this Motion, he represents that:

1. I am an attorney and partner with the law firm *O'Melveny & Myers LLP*. My office address is 1301 Avenue of the Americas, Suite 1700, New York, NY 10019. My telephone number is 212-326-2000, and my facsimile number is 212-326-2061.

2. I seek to be associated with Danny S. Ashby, a member of the Texas Bar. Mr. Ashby's Texas State Bar Number is 01370960. Mr. Ashby is an attorney and partner with the law firm *O'Melveny & Myers LLP*. His address is 2801 North Harwood Street, Suite 1600, Dallas, TX 75201. His telephone number is 972-360-1900, and his facsimile number is 972-360-1901.

3. My New York Bar No. is 4383527, and I am admitted in the following jurisdictions:

    a. New York State Courts – 2006;

    b. Washington, District of Columbia Courts – 2009;

    c. U.S. Supreme Court – 2011

    d. U.S. Court of Appeals, DC Circuit – 2009;

    e. U.S. Court of Appeals, Federal Circuit – 2015;

    f. U.S. Court of Appeals, First Circuit – 2020;

1

g. U.S. Court of Appeals, Second Circuit – 2019;

h. U.S. Court of Appeals, Third Circuit – 2011;

i. U.S. Court of Appeals, Fourth Circuit – 2012;

j. U.S. Court of Appeals, Fifth Circuit – 2017;

k. U.S. Court of Appeals, Sixth Circuit – 2011;

l. U.S. Court of Appeals, Seventh Circuit – 2009;

m. U.S. Court of Appeals, Ninth Circuit – 2009;

n. U.S. Court of Appeals, Eleventh Circuit – 2013;

o. U.S. District Court for the Eastern District of New York – 2020;

p. U.S. District Court for the Southern District of New York – 2012;

q. U.S. District Court for the Eastern District of Texas – 2016;

r. U.S. District Court for the Western District of Wisconsin – 2020;

I am an active member in good standing in the above jurisdictions.

4. I have not appeared in a Texas court within the last two (2) years.

5. I have not been the subject of a disciplinary action by any Bar or courts of any jurisdiction in which I am licensed.

6. I have not been denied admission to the courts of any State or federal court.

7. I am familiar with the Texas State Bar, the Texas State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas, and I will at all times abide by and comply with the same so long as such proceeding is pending and I have not withdrawn as counsel therein.

8. I have filed an Application for *Pro Hac Vice* Admission with and paid the required fee to the Texas Board of Law Examiners. (See Acknowledgement Letter issued by the Texas Board of Law Examiners, attached hereto as Exhibit A).

9. I request permission to participate as co-counsel of record *pro hac vice*, affiliated with attorney Danny S. Ashby, on behalf of Petitioner, Novartis Pharmaceuticals Corporation in Cause Number 15-25-00207-CV; *In Re Novartis Pharmaceuticals Corporation*, in the Fifteenth Court of Appeals of Texas.

WHEREFORE, for the above reasons, Anton Metlitsky requests that this Court grant him permission to participate in the proceedings of this matter on behalf of Petitioner, Novartis Pharmaceuticals Corporation.

Signed this 26th day of November, 2025.

> */s/Anton Metlitsky*
> Anton Metlitsky (NY Bar No. 4383527)
> O'MELVENY & MYERS LLP
> 1301 Avenue of the Americas, Suite 1700
> New York, NY 10019
> Telephone: 212-326-2000
> Facsimile: 212-326-2061
> ametlitsky@omm.com

3

## VERIFICATION

My name Anton Metlitsky, my date of birth is ███████, and my address is 1301 Avenue of the Americas, Suite 1700, New York, NY 10019. I declare under penalty of perjury that the foregoing is true and correct. Executed in New York on the 26th day of November, 2025.

/s/ *Anton Metlitsky*
Anton Metlitsky

## CERTIFICATE OF CONFERENCE

I certify that on November 14, 2025, Petitioner's counsel conferred with  Respondent's counsel, Radu A. Lelutiu, regarding the relief requested in the foregoing Motion. Mr. Lelutiu indicated that he is not opposed to the requested relief.


*/s/Anton Metlitsky*
Anton Metlitsky

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2025, a true and correct copy of the foregoing has been filed and served on counsel of record through electronic service via www.efiletexas.gov.

/s/ *Anton Metlitsky*
Anton Metlitsky

# Exhibit A

# Board of Law Examiners

Appointed by the Supreme Court of Texas

November 21, 2025

Jonathan Pierre
Via: E-Mail

Acknowledgment Letter

Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney: Anton Metlitsky**

**Case: 15-25-00207-CV**

**Texas court or body: Court of Appeals for the Fifteenth District of Texas**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Court Services on behalf of Danny Ashby
Bar No. 1370960
ommsvc2@omm.com
Envelope ID: 108502297
Filing Code Description: Motion
Filing Description: Motion of Attorney Anton Metlitsky to Appear Pro Hac Vice
Status as of 11/26/2025 2:56 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Deron Dacus | 790553 | ddacus@dacusfirm.com | 11/26/2025 12:33:06 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 11/26/2025 12:33:06 PM | SENT |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 11/26/2025 12:33:06 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 11/26/2025 12:33:06 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 11/26/2025 12:33:06 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 11/26/2025 12:33:06 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 11/26/2025 12:33:06 PM | SENT |
| Kwaku A.Akowuah | | kakowuah@sidley.com | 11/26/2025 12:33:06 PM | SENT |
| Eric B.Halper | | ehalper@mckoolsmith.com | 11/26/2025 12:33:06 PM | SENT |
| Crystal Clark | | crystal.clark@sidley.com | 11/26/2025 12:33:06 PM | SENT |
| Chelsea A.Priest | | cpriest@sidley.com | 11/26/2025 12:33:06 PM | SENT |
| Ross Galin | | rgalin@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Meredith Garagiola | | mgaragiola@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Anton Metlitsky | | ametlitsky@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Danny S.Ashby | | dashby@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Radu A. Lelutiu | | rlelutiu@mckoolsmith.com | 11/26/2025 12:33:06 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 11/26/2025 12:33:06 PM | SENT |
| Jordan Underhill | | Jordan.Underhill@oag.texas.gov | 11/26/2025 12:33:06 PM | ERROR |
| Jonathan D. Bonilla | | Jonathan.Bonilla@oag.texas.gov | 11/26/2025 12:33:06 PM | ERROR |
| Litigation Calendar | | litigationcalendar@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Craig McAllister | | cmcallister@omm.com | 11/26/2025 12:33:06 PM | SENT |